```
137676   230x   35.00                              Attorney: Michael Sucher
United States District Court Eastern    County of District of New York
```

United Staes of America                    Petitioner      Index # 162/04
                                            Plaintiff(s),

                        —against—                                          AFFIDAVIT OF SERVICE

Edward M. Kleiner et ano                   Respondent
                                            Defendant(s).

---

STATE OF NEW YORK: COUNTY OF KINGS    ss:

   Jonathan Safran    BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 09/29/06 at 12:39pm at 971 West Park Avenue Long Beach, NY 11561
deponent served the within Instr.to Debtor;Appl.for Writ&Writ of Cont.Garnishment;
                Instr.to Debtor on how to claim exemption&exemption form,
on EDWARD M. KLEINER,
therein named.

**A. INDIVIDUAL** — by delivering a true copy of each to said defendants personally: deponent knew the person so served to be the person described as said defendant therein. (S)He identified (her) himself as such.

**B. CORPORATION/BUSINESS** — a (domestic)(foreign)corporation/business by delivering thereat a true copy of each to Personally, deponent knew said corporation/business so serve d to be the corporation/business described in said summons as said defendant and knew said individual to be                                                                    thereof.

**C. SUITABLE AGE PERSON** — by delivering thereat a true copy(ies) of each to                a person of suitable age and discretion. Said premises is defendants (actual place of business)(dwelling house)(usual place of abode)within the state. (S)He identified (her)himself as                              of defendant.

**D. AFFIXING TO DOOR, ETC.** — by affixing a true copy(ies) of each to the door of said premises, which is defendants (actual place of business)(dwelling house)(usual place of abode) within the state. Deponent was unable, with due diligence, to find defendant, a person of suitable age and discretion or a work address thereat, having called there on

   09/21/06 7:58am    09/25/06 9:49pm    09/26/06 11:40am

**MAILING USE WITH** — Deponent also mailed a copy(ies) of same post paid by first class mail properly addressed to defendant(s) at the aforementioned address in an envelope marked "personal & confidential" and not indicating that the communication was from an attorney or concerned an action against the defendant(s) and deposited said envelope in a post office official depository under exclusive care and custody of the United States Postal Service within New York State on
                                10/03/06

Deponent further states that he describes the person actually served as follows
Sex     Skin Color     Hair Color     Age (Approx.)     Height (Approx.)     Weight (Approx.)

verified by Ms. Tonetti, @ 981 West Park Ave

**MILITARY SERVICE** — Above person was asked whether the defendant(s) was (were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant(s) is (are) not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

**USE IN NYC CIVIL CT.** — The language required by NYCRR (e), (f) & (H) was set forth on the face of the said summons (es).

**SUPREME COURT ACTION** — Papers so served were properly endorsed with the index number and date of filing.

Sworn before me on 10/03/06

NEIL J. SCHRAGER
Notary Public State of New York
NO. 24-4984776
Qualified in Kings County
Commission Expires July 29, 2009

LICENSE NO.
Jonathan Safran